# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 5, 2024

## NO. 03-22-00451-CV

**Chupik Properties and Design, Inc., and Randall Chupik, Appellant**

**v.**

**MCCS, Ltd., Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, KELLY, AND THEOFANIS
VACATED AND DISMISSED ON MOTION FOR REHEARING –
OPINION BY JUSTICE BAKER**

This is an appeal from the final judgment signed by the trial court on April 28, 2022. The Court's judgment dated April 24, 2024, is withdrawn, and this judgment is substituted in its place. The parties have filed a joint motion notifying the Court that they have reached a settlement of the underlying claims and requesting that we dismiss the case with prejudice, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court vacates the trial court's judgment and dismisses the underlying suit with prejudice. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.